IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-186-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KENNETH FINCH, ) | |
| ) | |
| Defendant. ) | |

Kenneth Finch ("Finch" or "defendant") moved for activation of his federal probation time, concurrent with his state sentence, or to reinstate his federal probation. See [D.E. 6]. The United States shall respond to defendant's pending motion [D.E. 6] not later than March 21, 2022.

SO ORDERED. This 28 day of February, 2022.

JAMES C. DEVER III
United States District Judge